

FILED
JAN 1 8 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM FEEGBA,            )
                           )
       Plaintiff,          )
                           )
v.                         )   Civil Action No. 18-2770 (UNA)
                           )
JOSEPH KENNEDY,            )
                           )
       Defendant.          )

## MEMORANDUM OPINION

According to the plaintiff, he is entitled to profits derived from oil companies around the world, particularly "Three Trillion dollars oil from Venezuela oil company American Nonprofit called Joe Kennedy for oil and heating." Compl. at 2.

The Court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint, the Court concludes that its factual allegations are wholly incredible and frivolous.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i). An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 15, 2019

United States District Judge